NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

03-621

DEWAYNE WHATLEY D/B/A CMS

VERSUS

K. E. HOISETH D/B/A CUT RATE LIQUOR

**********
APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. 69,630
HONORABLE LESTER P. KEES, DISTRICT JUDGE
**********

GLENN B. GREMILLION
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**

Dewayne Whatley
246 Garrett Jeanne Road
Leesville, LA 71446
(337) 392-0709
Plaintiff/Appellee
        In Proper Person
        CMS

Bradley O'Neal Hicks
Dowden & Hicks, L.L.P.
116 East Lula Street
Leesville, LA 71446
(337) 238-2800
Counsel for Defendant/Appellant
        K. E. Hoiseth
        Cut Rate Liquor